FILED

2022 Aug-08  AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL HAYWOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:21-cv-01112-LCB-HNJ** |
| | ) | |
| **AARON GREEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

The Magistrate Judge entered a Report on January 19, 2022, recommending the dismissal without prejudice of all Plaintiff's claims in this action, except Plaintiff's Fourth Amendment claim for monetary damages against Investigator Aaron Green, under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted.  (Doc. 14).  The Magistrate Judge further recommended that Plaintiff's Fourth Amendment claims for monetary relief against Investigator Green be stayed pending the outcome of the state criminal proceedings.   (Doc. 14). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within 14 days, the Court received none.

After careful consideration of the record in this case and the Magistrate Judge's Report, the Court **ADOPTS** the Report and **ACCEPTS** the Recommendation **with the following specific instructions**.  The Court **ORDERS**

all Plaintiff's claims in this action, except Plaintiff's Fourth Amendment claim for monetary damages against Investigator Aaron Green, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted.   The Court further **ORDERS** Plaintiff's Fourth Amendment claims for monetary relief against Investigator Green are **STAYED FOR A PERIOD OF SIX MONTHS** from the date of entry of this Order.   Upon the expiration of six months, the Court will assess the continued viability of this action.

      **DONE** and **ORDERED** August 8, 2022.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE